UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRA HOBBS,

                Plaintiff,

    - against -

AMERICAN EXPRESS COMPANY,

                Defendant.

22-cv-6942 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for October 17, 2022 is canceled.

SO ORDERED.

Dated:    New York, New York
           October 11, 2022

                                      John G. Koeltl
                             United States District Judge